## NATIONAL CASKET COMPANY, Inc., Petitioner-Appellant, v. UNITED STATES of America, Respondent-Appellee.

### No. 119.

Circuit Court of Appeals, Second Circuit.
Dec. 2, 1935.

Greene & Hurd, of New York City (John E. Hughes, of Chicago, Ill., of counsel), for appellant.

F. W. H. Adams, U. S. Atty., of New York City (Elizabeth Rogers Horan, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.
Judgment affirmed.